# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 25, 2013

Mr. Keith Throckmorton
Middle District of Tennessee at Cookeville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re:  Case No. 12-5400, *Sam Byrd v. Alpha Alliance Insurance Corpo*
     Originating Case No. : 2:10-cv-00116

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                                        Sincerely yours,

                                        s/Julie Brock
                                        Case Manager
                                        Direct Dial No. 513-564-7011

cc:  Mr. James F. Exum III
     Mr. Michael Robert Giaimo
     Mr. Thomas Ashurst Williams

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 12-5400

_____

Filed: April 25, 2013

SAM BYRD

    Plaintiff - Appellant

v.

ALPHA ALLIANCE INSURANCE CORPORATION

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 03/26/2013 the mandate for this case hereby issues today.

COSTS: None