UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| SAM BYRD, | * |
| Plaintiff/Counter-Defendant | * |
| v. | * CIVIL ACTION NO. 2:10-CV-000116 |
| ALPHA ALLIANCE INSURANCE CORPORATION, | * |
| Defendant/Counter-Plaintiff | * |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Come the parties, by their attorneys, and announce to the Court that all matters here in controversy between the parties have been compromised and settled out of Court, and that the plaintiff, for mutual promise, has executed a Release in full and final settlement of all his claims against the defendant arising out of the matters here in controversy with each party bearing their own costs. Accordingly, it is:

**ORDERED, ADJUDGED and DECREED** by the Court that this cause be, and the same hereby is, dismissed with full prejudice to the plaintiff.

**IT IS SO ORDERED.**

**ENTER** this 15th day of July, 2013

_____
HONORABLE ALETA A. TRAUGER
U. S. District Judge

Respectfully submitted,


By: /s/ Michael R. Giaimo*
**MICHAEL R. GIAIMO (TN BPR#: 019394)**
204 North Washington Avenue
Cookeville, TN 38501
(931) 372-7515 / (931) 372-2902 [fax]
*Attorneys for Plaintiff/Counter-Defendant*



**LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC**


By: /s/ James F. Exum III
**THOMAS A. WILLIAMS (TN BPR#: 001688)**
**JAMES F. EXUM III (TN BPR#: 025377)**
Third Floor, Pioneer Building
801 Broad Street
Chattanooga, TN 37402-2621
(423) 265-0214 / (423) 267-6625 [fax]
*Attorneys for Defendant/Counter-Plaintiff*


**\* Signed with express permission by James F. Exum III, Esq.**